# Court of Appeals
# of the State of Georgia

ATLANTA,  January 25, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1241.  NIEKILETTA MCLOUGHLIN v. ROBERT MCLOUGHLIN.

The parties were divorced pursuant to a final judgment and divorce decree entered on October 18, 2018. In a separate order, dated October 22, 2018, the trial court addressed the issue of attorney fees. Niekiletta McLoughlin (the "Wife") then filed both a notice of appeal and an application for discretionary appeal seeking to appeal the trial court's October 22 order on attorney fees. We granted the Wife's application. See Case No. A19D0190 (granted Dec. 17, 2018). In the meantime, the Wife's appeal was docketed in Case No. A19A0970 pursuant to her notice of appeal.

Following the grant of her application for discretionary appeal, the Wife filed a second notice of appeal on December 17, 2018, which has been docketed as the instance case, Case No. A19A1241. Because this case is duplicative of Case No. A19A0970, it is hereby DISMISSED as superfluous.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/25/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*